

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Michael B. King - #197751

**CV 08 80236MISC**

/

**VRW**

**ORDER TO SHOW CAUSE**

It appearing that Michael B. King has been enrolled as an inactive member of the State Bar of California due to MCLE noncompliance and that he may not practice law while so enrolled effective September 18, 2006

**IT IS ORDERED**

That respondent show cause in writing on or before December 29, 2008 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated: NOV 24 2008

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Michael B. King
Attorney At Law
250 King Street, Apt. 540
San Francisco, CA 94107